**2003–1101. State v. Campbell.**

Hamilton App. No. C–030377. Upon consideration of the jurisdictional memoranda filed in this case and the motion for stay of execution pending review of the instant appeal, the court declines jurisdiction to hear the case and denies the motion for stay.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

[Cite as *07/02/2003 Case Announcements*, 2003-Ohio-3396.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 2, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2003–0718. State ex rel. Novak v. Ohio Atty. Gen.**

In Mandamus and Prohibition. On answer of respondents. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0784. State ex rel. Bishop v. Whitmore.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0811. State ex rel. Walker v. Judges, Lawrence Cty. Court of Appeals.**

In Mandamus and Procedendo. On answer of respondent and motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0863. State ex rel. Robison v. Anderson.**

In Habeas Corpus. On petition for writ of habeas corpus of Thomas W. Robison III. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0900. Harris v. Brigano.**

In Habeas Corpus. On petition for writ of habeas corpus of Herman Harris Jr. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0903. Atakpu v. Brigano.**

In Habeas Corpus. On petition for writ of habeas corpus of Peter J. Atakpu. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–0977. State ex rel. Snead v. Clark Cty. Bd. of Elections.**

In Mandamus and Prohibition. On motion to dismiss for failure to state a claim upon which relief can be granted, pursuant to Civ.R. 12(B)(6). Motion to dismiss sustained. Cause dismissed.

On motion for leave to intervene of Denise Moody. Motion granted.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.